UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| VIRGINIA CALHOUN | § | |
| | § | |
| v. | § | CASE NO. 2:09-CV-55-TJW-CE |
| | § | |
| DIRECTV INC. | § | |

**ORDER**

The above-titled and numbered civil action was referred to United States Magistrate Judge Chad Everingham pursuant to 28 U.S.C. § 636. The report of the Magistrate Judge (Dkt. No. 13), which contains his recommendation for the disposition of the plaintiff's motion, has been presented for consideration. No objections were filed to the Report and Recommendation. The court is of the opinion that the conclusions of the Magistrate Judge are correct. Therefore, the court hereby adopts the report of the United States Magistrate Judge as the conclusions of this court. Accordingly, the plaintiff's motion for entry of default judgment (Dkt. No. 12) is granted.

SIGNED this 4th day of January, 2010.

_T. John Ward_
T. JOHN WARD
UNITED STATES DISTRICT JUDGE